UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT VAN HUISEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NASA,<br><br>　　　　Defendant. | No. 2:23-cv-1339 CKD P<br><br><br>ORDER |

　　Plaintiff has filed a motion for an extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Plaintiff's motion for an extension of time (ECF No. 12) is granted; and

　　2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: September 6, 2023

　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　                                      　　　　　　UNITED STATES MAGISTRATE JUDGE

1/ks
vanh1339.36