UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT VAN HUISEN,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTOR OF NASA,<br><br>Defendant. | No. 2:23-cv-1339 CKD P<br><br><br><br>ORDER |

On September 27, 2023, plaintiff filed a second amended complaint. As plaintiff had not sought, nor had been granted leave, to file a second amended complaint at that point, the second amended complaint is stricken. Plaintiff was granted leave to file a second amended complaint on October 2, 2023, and was provided instructions as to the contents of the second amended complaint. That pleading is due November 1, 2023.

Dated: October 3, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vanh1339.stk