UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT VAN HUISEN,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTOR OF NASA,<br><br>Defendant. | No. 2:23-cv-1339 CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion for an extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 27) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: November 2, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/ks
vanh1339.36(2)