UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT VAN HUISEN, | No. 2:23-cv-1339 CKD P |
| Plaintiff, | |
| v. | ORDER |
| NASA, | |
| Defendant. | |

Plaintiff has requested an extension of time to file a third amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 29 & 30) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file and serve a third amended complaint. Failure to file a third amended complaint within 30 days will result in dismissal.

Dated: November 29, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
will1230.36