UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT VAN HUISEN,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTOR, NASA,<br><br>Defendant. | No. 2:23-cv-1339 CKD P<br><br><br><br>ORDER |

Plaintiff has filed a document the court construes as a motion for reconsideration of this court's October 3, 2023, order striking plaintiff's September 27, 2023, second amended complaint. The court has reviewed that pleading and finds that it does not state any claim upon which plaintiff might proceed. As vacating the order striking plaintiff's second amended complaint serves no purpose, IT IS HEREBY ORDERD that plaintiff's motion for reconsideration (ECF No. 32) is denied. Plaintiff is granted 30 days from the date of this order to file a second amended complaint pursuant to the court's October 2, 2023, order.

Dated: January 16, 2024

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vanh1339.mfr