UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT VAN HUISEN, | No. 2:23-cv-1339 CKD P |
| Plaintiff, | |
| v. | ORDER |
| NASA, | |
| Defendant. | |

On February 23, 2024, plaintiff filed a document the court construes as a notice of dismissal under Rule 41(a) of the Federal Rules of Civil Procedure. Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court close this case.

Dated: February 29, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vanh1339.dis